IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KEVIN JAMES MANNING, )<br>#24B03538, )<br> )<br>　　　　Plaintiff, )<br> )<br>VS. )<br> )<br>TOILET PAPER, ET AL., )<br> )<br>　　　　Defendants. ) | CIVIL ACTION NO.<br><br>3:24-CV-2778-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Thereafter, the plaintiff filed two pleadings, *see* docket entries 5 and 6, which the court liberally construes as objections. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

January 3, 2025.

_____
**A. JOE FISH
Senior United States District Judge**

- 2 -